# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2018

Rehearing No. 620

153081(133)
153345

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

V

KENYA ALI HYATT,
     Defendant-Appellee.
_____/

SC: 153081
COA: 325741
Wayne CC: 13-032654-FC

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

V

KENYA ALI HYATT,
     Defendant-Appellant.
_____/

SC: 153345
COA: 325741
Wayne CC: 13-032654-FC

On order of the Court, the motion for rehearing of the Court's June 20, 2018 opinion is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2018



Clerk